# Court of Appeals
# of the State of Georgia

ATLANTA,   January 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0221.  MIKE JETHRO AZUBIKE REDFORD v. THE STATE.**

On October 29, 2014, the trial court entered an order denying several pro se motions filed by defendant Mike Jethro Azubike Redford. Redford filed applications for discretionary appeal in both this Court and the Supreme Court.  See Case Nos. A15D0156 and S15D0470.  On December 11, 2014, we granted A15D0156.  On December 23, 2014, the Supreme Court transferred S15D0470 to this Court, where it has been docketed as A15D0221.  Because this application is identical to the earlier one we have already granted, it is hereby DISMISSED as superfluous.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   01/15/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*